UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank, et al.

In Re:

Giuseppe Spadea,

Debtor.

Case No.: __15-31757-ABA__

Chapter: __13__

Hearing Date: __4/10/2018__

Judge: __Altenburg__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion to Reinstate Stay (Docket # 33)

_____

Date: 4/9/2018                    /s/ Denise Carlon
                                  Signature

*rev.8/1/15*