Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 15-31757 (ABA)**

Giuseppe S. Spadea  
109 Lantern Way  
Deptford, NJ  08096

Monthly Payment: $1,299.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2018 | $535.96 | 01/17/2018 | $536.00 | 01/30/2018 | $536.00 | 02/13/2018 | $536.00 |
| 02/27/2018 | $536.00 | 03/13/2018 | $536.00 | 03/28/2018 | $536.00 | 04/10/2018 | $536.00 |
| 04/24/2018 | $536.00 | 05/08/2018 | $536.00 | 05/22/2018 | $536.00 | 06/05/2018 | $536.00 |
| 06/19/2018 | $536.00 | 07/05/2018 | $536.00 | 07/16/2018 | $536.00 | 07/31/2018 | $536.00 |
| 08/14/2018 | $536.00 | 08/28/2018 | $536.00 | 09/11/2018 | $536.00 | 09/24/2018 | $536.00 |
| 10/10/2018 | $536.00 | 10/23/2018 | $536.00 | 11/06/2018 | $536.00 | 11/20/2018 | $536.00 |
| 12/03/2018 | $536.00 | 12/17/2018 | $536.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GIUSEPPE S. SPADEA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,545.00 | $2,545.00 | $0.00 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING, LLC | 24 | $61,447.29 | $38,003.89 | $23,443.40 | $12,808.54 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $3,192.24 | $0.00 | $3,192.24 | $0.00 |
| 4 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $80.12 | $0.00 | $0.00 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 13 | $526.00 | $526.00 | $0.00 | $526.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $277.45 | $0.00 | $0.00 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $238.54 | $0.00 | $238.54 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2015 | 28.00 | $0.00 |
| 04/01/2018 | Paid to Date | $33,769.88 |
| 05/01/2018 | 31.00 | $1,299.00 |
| 12/01/2020 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $13,935.96 |
| Total paid to creditors this period: | $13,334.54 |
| Undistributed Funds on Hand: | $984.10 |
| Arrearages: | $1,198.04 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**