Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 15-31757 (ABA)**

Giuseppe S. Spadea  
109 Lantern Way  
Deptford, NJ  08096

Monthly Payment: $1,442.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2019 | $535.96 | 01/15/2019 | $536.00 | 01/29/2019 | $536.00 | 02/12/2019 | $536.00 |
| 02/26/2019 | $536.00 | 03/11/2019 | $536.00 | 03/27/2019 | $536.00 | 04/10/2019 | $536.00 |
| 04/23/2019 | $536.00 | 05/07/2019 | $536.00 | 05/21/2019 | $536.00 | 06/04/2019 | $536.00 |
| 06/19/2019 | $536.00 | 07/02/2019 | $536.00 | 07/16/2019 | $536.00 | 07/30/2019 | $536.00 |
| 08/12/2019 | $536.00 | 08/28/2019 | $536.00 | 09/10/2019 | $536.00 | 09/24/2019 | $536.00 |
| 10/08/2019 | $536.00 | 10/22/2019 | $536.00 | 11/04/2019 | $536.00 | 11/19/2019 | $536.00 |
| 12/03/2019 | $536.00 | 12/17/2019 | $536.00 | 12/31/2019 | $535.96 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GIUSEPPE S. SPADEA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,545.00 | $2,545.00 | $0.00 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING, LLC | 24 | $61,447.29 | $49,825.93 | $11,621.36 | $12,801.82 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $3,192.24 | $0.00 | $3,192.24 | $0.00 |
| 4 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $80.12 | $0.00 | $0.00 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 13 | $526.00 | $526.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $277.45 | $0.00 | $0.00 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $238.54 | $0.00 | $238.54 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2015 | 45.00 | $0.00 |
| 09/01/2019 | Paid to Date | $54,137.84 |
| 10/01/2019 | 14.00 | $1,442.00 |
| 12/01/2020 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $14,471.92 |
| Total paid to creditors this period: | $12,801.82 |
| Undistributed Funds on Hand: | $494.16 |
| Arrearages: | $2,016.04 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**