Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−31757−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Giuseppe S. Spadea
   109 Lantern Way
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−0619

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           May 5, 2020
Time:              10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*46* – Certification in Opposition to (related document:45 Creditor's Certification of Default (related document:35 Order on Motion to Reinstate Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass−Through Certificates Series 2006− AR5. Objection deadline is 04/17/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Order Reinstating Stay and Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass−Through Certificates Series 2006− AR5) filed by Lee Martin Perlman on behalf of Giuseppe S. Spadea. (Attachments: # 1 Exhibit Proof of Payments) (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: April 14, 2020
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk