Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15−31757−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Giuseppe S. Spadea
   109 Lantern Way
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−0619

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          May 5, 2020
Time:                10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*46* − Certification in Opposition to (related document:45 Creditor's Certification of Default (related document:35 Order on Motion to Reinstate Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass−Through Certificates Series 2006− AR5. Objection deadline is 04/17/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Order Reinstating Stay and Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass−Through Certificates Series 2006− AR5) filed by Lee Martin Perlman on behalf of Giuseppe S. Spadea. (Attachments: # 1 Exhibit Proof of Payments) (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: April 14, 2020
JAN: lgr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-31757-ABA
Giuseppe S. Spadea                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1              Date Rcvd: Apr 14, 2020
                            Form ID: 173           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db            +Giuseppe S. Spadea,    109 Lantern Way,    Deptford, NJ 08096-6829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2006-AR5
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage
               Pass-Through Certificates Series 2006- AR5 bk@stewartlegalgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Giuseppe S. Spadea ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              William M.E. Powers    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2006-AR5
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2006-AR5
               ecf@powerskirn.com
                                                                                             TOTAL: 7