| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Giuseppe S. Spadea<br><br>                                     Debtor. | Chapter: 13<br><br>Case No.: 15-31757-ABA<br><br>Hearing Date: May 5, 2020<br><br>Judge: Andrew B. Altenburg Jr |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**:

Matter: **Creditor's Certification of Default** (Doc. No. 45)


Dated: April 20, 2020

                              Stewart Legal Group, P.L.
                              Attorney for Specialized Loan Servicing, LLC, as servicing
                              agent for HSBC Bank USA, National Association as
                              Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-
                              Through Certificates Series 2006- AR5

                      By:    */s/Gavin N. Stewart*
                              Gavin N. Stewart