Certificate Number: 02998-NJ-DE-034838666

Bankruptcy Case Number: 15-31757



02998-NJ-DE-034838666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 1, 2020</u>, at <u>11:57</u> o'clock <u>PM EDT</u>, <u>Giuseppe Spadea</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>September 2, 2020</u>          By:  <u>/s/Angela Zinnerman</u>

                                                         Name:  <u>Angela Zinnerman</u>

                                                         Title:  <u>Counselor</u>